UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X------------------------------------------------------------X

MAURICIO CEPEDA GOMEZ and ANGIE CAROLINA GONZALEZ MORENO,

                        Plaintiffs,

                -against-

MUALEMA LLC d/b/a SOHHA SAVORY YOGURT, ANGELA FOUT, and JOHN FOUT, *in their individual and professional capacity,*

                        Defendants.

X------------------------------------------------------------X

MUALEMA LLC d/b/a SOHHA SAVORY YOGURT, ANGELA FOUT, and JOHN FOUT,

              Counterclaim Plaintiffs/

              Third Party Plaintiffs,

              -against-

MAURICIO CEPEDA GOMEZ and ANGIE CAROLINA GONZALEZ MORENO,

              Counterclaim Defendants,

and

IMATECK LTDA.

              Third Party Counterclaim Defendant

X------------------------------------------------------------X

Civ. Case No. 1:16-cv-07706 (PKC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between Counsel for Plaintiffs and Third Party Counterclaim Defendant, and Defendants MUALEMA LLC d/b/a

1

SOHHA SAVORY YOGURT, ANGELA FOUT, and JOHN FOUT, appearing *pro se* in this matter, that this action is hereby dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each side bearing their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may contain counterparts or facsimile signatures, which shall be deemed as originals.

Dated:  February 13, 2018
        New York, New York

| PARDALIS & NOHAVICKA, LLP | MUALEMA LLC, ANGELA FOUT, and JOHN FOUT |
|---|---|
| By: *[signature]* <br> Ariadne Panagopoulou <br> *Counsel for Plaintiffs and Third-Party Defendant* <br> 950 Third Avenue, Floor 25 <br> New York, New York 10022 <br> ari@pnlawyers.com <br> (718) 777-0400 | By: *[signature]* <br> Mualema LLC <br><br> By: *[signature]* <br> John Fout <br><br> By: *[signature]* <br> Angela Fout |

So Ordered

_____

2